UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN GALINDE MARRERO,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN; CHRISTOPHER LaROSE; GREGORY J. ARCHAMBEAULT; DAVID VENTURELLA; TODD BLANCHE; IMMIGRATION AND CUSTOMS ENFORCEMENT; and DEPARTMENT OF HOMELAND SECURITY,<br>Respondents. | Case No.: 3:26-cv-4381-JES-MMP<br>**ORDER GRANTING BOND HEARING**<br>**[ECF No. 1]** |

Before the Court is Petitioner Adrian Galinde Marrero's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. Pursuant to the Court's OSC order, Respondents filed a response. ECF No. 4. In their return, Respondents acknowledge that Petitioner is detained under 8 U.S.C. § 1226 rather than 8 U.S.C. § 1225, consistent with the Ninth Circuit decision *Vazquez v. Bostock*, No. 25-6842, 2026 LX 482469 (9th Cir. July 30, 2026). *Id.* As such, Respondents concede that a bond hearing is appropriate. *Id.*

//

Accordingly, the Court **GRANTS** the petition as follows:

(1) The Court **ORDERS** the government to provide Petitioner (noncitizen) with a bond determination hearing under 8 U.S.C. § 1226(a) within **<u>fourteen days</u>** of this Order, unless the noncitizen requests a continuance. At the hearing, the government must provide the noncitizen with a constitutionally adequate and individualized bond hearing, where the IJ **<u>may not</u>** deny the noncitizen bond on the basis that he is detained under 8 U.S.C. § 1225(b)(2); and

(2) The government is **ORDERED** to File a Notice of Compliance within **<u>five days</u>** of providing the noncitizen with a bond determination hearing, including apprising the Court of the results of the hearing and providing a copy of the bond order.

The Clerk of Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated: August 7, 2026

Honorable James E. Simmons Jr.
United States District Judge